**UNITED STATES of America, Plaintiff–Appellee**

v.

**Tonte Deon WALKER, Defendant–Appellant.**

No. 06–60683.

United States Court of Appeals, Fifth Circuit.

June 12, 2007.

Ruth R. Morgan, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Mississippi, Gulfport, MS, for Plaintiff–Appellee.

John William Weber, III, Federal Public Defender's Office Southern District of Mississippi, Hattiesburg, MS, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: [1]

After reviewing the record and considering the briefs of the parties and argument of counsel we are satisfied that the district court did not err in finding that the Mayor of Biloxi declared a curfew that was in effect at the time the officers stopped the defendant on the streets of Biloxi. For that reason, the district court did not err in denying Walker's motion to suppress. Accordingly the judgment appealed from is affirmed.

AFFIRMED.

---

1. Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.